**186**

■

**William Sylvester JACKSON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

Anthony M. Wilhoit, David Murrell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, Robert L. Chenoweth, Asst. Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

■

**LOUISVILLE TRUST COMPANY, Appellant,**

v.

**Anton B. DREIDEL, Appellee.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

Allen Schmitt, Schmitt & Sandmann, Louisville, for appellant.

J. Donald Denning, C. Dant Kearns, J. Bissell Roberts, Stites & McElwain, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner L. T. GRANT, Affirming.*

■

**MOTORISTS MUTUAL INSURANCE COMPANY, Appellant,**

v.

**The AETNA CASUALTY & SURETY COMPANY, Appellee.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

William A. Miller, G. William Clements, J. Walter Clements, Clements, Miller, O'Bryan & McDaniel, I. G. Spencer, Jr., Louisville, for appellant.

Ernest H. Clarke, Stites & McElwain, Joe G. Leibson, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

■

**Elice JOHNSON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.